## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| JOSEPH B. RIVERS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )  No. 2:19-cv-00319-GZS |
| | ) |
| CUMBERLAND COUNTY SHERIFF, et al., | ) |
| | ) |
| Defendants | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 7) filed October 3, 2019, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED**.

　　　　　　　　　　　　　　　　　　　　 /s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 28th day of October, 2019.