UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JOSEPH B. RIVERS                            )
Plaintiff,                                  )
                                            )
v.                                          )      Civil No. 2:19-cv-00319-GZS
                                            )
CUMBERLAND  COUNTY  SHERIFF,                )
et al                                       )
Defendants,                                 )

JUDGMENT

In accordance with the Order Affirming the Recommended Decision of the

Magistrate Judge issued on October 28, 2019 by U.S. District Judge George Z.

Singal, JUDGMENT of dismissal is hereby entered.

CHRISTA K. BERRY
CLERK

By:     /s/ Lindsey Caron
Deputy Clerk

Dated: October 28, 2019